## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| FRANK WEBER, CHARLES BARR, HUGH BIDDLE, CHANNING JACKSON, PAUL S. MILLER, JR., JOSEPH SAUNDERS, THOMAS CURRY, GREG FERRELL, GERALD HARDER, GEORGE ADAMS, TERRY WADE, HENRY RIEBOLD AND JOSEPH TERRY, | : : : : : : : : | No. 46 WAL 2016  Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : : | |
| v. | : : : : | |
| BOROUGH OF WILKINSBURG, | : : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.